UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| VICTOR ALFONSO CASQUETE VALLE,<br><br>Petitioner,<br><br>v.<br><br>Warden of Irwin County Detention Center;<br>KRISTEN SULLIVAN, Field Office Director of<br>Enforcement and Removal Operations, Atlanta<br>Field Office, Immigration and Customs<br>Enforcement; TODD M. LYONS, Acting Director,<br>U.S. Immigrations & Customs Enforcement;<br>MARKWAYNE MULLIN, Secretary, U.S.<br>Department of Homeland Security; U.S.<br>Department of Homeland Security; PAMELA<br>BONDI, U.S. Attorney General; and DAREN K.<br>MARGOLIN, Director, Executive Office for<br>Immigration Review,<br><br>Respondents. | Case No.: 7:26-cv-00085-WLS-AGH<br><br>VERIFIED PETITION<br>FOR WRIT OF<br>HABEAS CORPUS<br>UNDER 28 U.S.C. § 2241 |

## NOTICE OF VOLUNTARY DISMISSAL

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner, Victor Alfonso Casquete Valle, by and through undersigned counsel, hereby voluntarily dismisses the above-styled petition for writ of habeas corpus without prejudice.

2. After the issuance of the Order of this Court, the Stewart Immigration Court scheduled Petitioner for a bond hearing before an immigration judge scheduled for April 3, 2026.

3. On April 3, 2026, the immigration judge conducted a bond hearing for Petitioner. At the conclusion of said bond hearing, the immigration judge granted the release of Petitioner pursuant to payment of a cash bond.

4. Petitioner is no longer in the custody of U.S. Immigration and Customs Enforcement.


DATED this 24th of March 2026.

*//s// Colin Robert Nisbet*

Colin Robert Nisbet
Georgia Bar No. 193136
Wannamaker Crimmigration
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
Tel.: 470-749-9996
Fax: 404-990-4936
colin.nisbet@wannamakerglobal.com

*Attorney for Petitioner*

SO ORDERED this ___ day of _May, 2026_.

W. Louis Sands, Sr. Judge
United States District Court

NOTICE OF VOLUNTARY DISMISSAL - 1

**CERTIFICATE OF SERVICE**

I represent Petitioner, Victor Alfonso Casquete Valle, and certify that I have served a copy of the foregoing Notice of Voluntary Dismissal upon the Respondents by electronic service via PACER, in which Respondents are participants.

Dated this 24th day of April 2026.

Respectfully submitted,

*//s// Colin Robert Nisbet*

Colin Robert Nisbet
Georgia Bar No. 193136
Wannamaker Crimmigration
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
Tel.: 470-749-9996
Fax: 404-990-4936
colin.nisbet@wannamakerglobal.com

*Attorney for Petitioner*

NOTICE OF VOLUNTARY DISMISSAL - 2